## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MATTHEW S. AVERY,  CASE NO. 17-04214-NPO

DEBTOR.  CHAPTER 7

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Andrew R. Wilson of Bennett Lotterhos Sulser & Wilson, P.A. hereby appears in this case on behalf of RiverHills Bank ("RiverHills"), in accordance with Rules 2002 9010(b) of the Federal Rules of Bankruptcy Procedure and § , and requests that all notices given or required to be given in this case and all papers served in this case (including but not limited to all papers filed and served in all adversary proceedings, contested matters, and other proceedings in this case, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served on him as follows:

> Andrew R. Wilson
> BENNETT LOTTERHOS SULSER & WILSON, P.A.
> P.O. Box 98
> Jackson, Mississippi 39205-0098
> Telephone: (601) 944-0466
> Facsimile: (601) 944-0467
> awilson@blswlaw.com

PLEASE TAKE FURTHER NOTICE that this entry of appearance and any subsequent appearance, pleading, claim, or suit shall not be deemed or construed to be a waiver of RiverHills' rights (i) to have final orders in noncore matters entered only after de-novo review by a district judge; (ii) to trial by jury in any proceeding so triable in this case, or in any case, controversy, or proceeding related to this case; (iii) to have the district court withdraw the reference in any matter

- 2 -

subject to mandatory or discretionary withdrawal; or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which RiverHills is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: December 6, 2017

/s/ Andrew R. Wilson
Andrew R. Wilson (Miss. Bar #102862)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
190 East Capitol Street, Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
awilson@blswlaw.com

*Attorney for RiverHills Bank*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this day the foregoing was filed through the Court's electronic document filing system and was served by the Court via notice of electronic filing and hyperlink to the document on all parties who are registered to receive electronic service in this case.

Dated: December 6, 2017

                                                /s/ Andrew R. Wilson